**Court of Appeals**

**Fifth District of Texas at Dallas**

George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
01 APR '14
PM 4 L



UNITED STATES POSTAGE
PITNEY BOWES

02 1A
0004359415
**$ 00.48⁰**
MAR 31 2014
MAILED FROM ZIP CODE 75202

NIXIE    750    7E   1009    0004/07/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  75202465399    *2434-05416-01-33

**INMATE RELEASED**

N TO SENDER

CASE: 05-14-00097-CV
BRIDGET MORGAN
PO BOX 849
KAUFMAN, TX 75142

Released

UTF